

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| PECOS COUNTY WATER CONTROL and IMPROVEMENT DISTRICT NO.1, | § | No. 08-24-00039-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 83rd Judicial District Court |
| v. | | |
| | § | of Pecos County, Texas |
| LINDA GORDON, | | |
| | § | (TC#P-8571-83-CV) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the joint motion of Appellants Pecos County Water Control and Improvement District No. 1, to voluntarily dismiss the appeal. We conclude the motion should be granted, and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants to pay all costs of the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF APRIL 2024

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.